**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV-07-0516-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Five Firearms and Numerous Firearms Parts and Ammunition, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Claimant Timothy Johnson's Motion to Stay the Case pending a related criminal investigation. Based on the motion and good cause appearing,

**IT IS HEREBY ORDERED** staying this proceeding until **Friday, October 19, 2007**, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that the parties shall submit a status report to the Court no later than the **Friday, October 5, 2007,** setting forth the status of the criminal investigation and the projected date that the criminal investigation will be concluded.

DATED this 23rd day of April, 2007.

Stephen M. McNamee
United States District Judge