**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-07-0516-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Five Firearms and Numerous Firearms ) Parts and Ammunition, ) | |
| Defendant. ) | |

Pending before the Court is Claimant Timothy Johnson's Motion to Stay the Case pending a related criminal investigation. There being no opposition and good cause appearing,

**IT IS HEREBY ORDERED** staying this proceeding until **Friday, January 25, 2008**, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that the parties shall submit a status report to the Court no later than the **Friday, January 11 , 2008,** setting forth the status of the criminal investigation and the projected date that the criminal investigation will be concluded.

DATED this 26th day of October, 2007.

Stephen M. McNamee
United States District Judge