**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV-07-0516-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Five Firearms and Numerous Firearms Parts and Ammunition, | ) ) ) | |
| Defendant. | ) ) ) | |

Pending before the Court is Claimant Timothy Johnson's Motion to Stay the Case (Doc.14) pending a related criminal investigation. There being no opposition and good cause appearing,

**IT IS HEREBY ORDERED** continuing the stay of this proceeding until **Friday, March 28, 2008**, unless the Court orders otherwise.

**IT IS FURTHER ORDERED** that the parties shall submit a status report to the Court no later than the **Friday, March 14, 2008,** setting forth the status of the criminal investigation and the projected date that the criminal investigation will be concluded.

DATED this 9th day of January, 2008.

Stephen M. McNamee
United States District Judge