**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV-07-0516-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Five Firearms and Numerous Firearms ) Parts and Ammunition, ) | |
| Defendant. ) | |

This matter is before the Court upon the motion of the United States to stay this civil forfeiture proceeding pursuant to 18 U.S.C. § 981(g)(1). Having reviewed and considered the files and records herein, and there being no objection by the claimant, the Court finds that there is good cause for granting the stay. The Court further finds that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation and/or the prosecution of a related criminal case.

Accordingly,

**IT IS HEREBY ORDERED** that this civil forfeiture case is **STAYED** for a period of **120 days,** until **October 1, 2008,** unless the Court orders otherwise.

DATED this 2nd day of June, 2008.

Stephen M. McNamee
United States District Judge