**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FIVE FIREARMS AND NUMEROUS FIREARM PARTS AND AMMUNITION,<br><br>                Defendants. | No. CV 07-0516-PHX-SMM<br><br>**ORDER** |

Pursuant to the United States' Motion to Stay the civil forfeiture proceeding in this matter (Doc. 27), and there being no objection by the claimant,

The Court finds that there is good cause for granting the stay as civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation and/or to prosecute a related criminal matter.

**IT IS HEREBY ORDERED** that the Motion to Stay (Doc. 27) is **GRANTED** for a period of 180 days from the date of entry of this Order.

DATED this 25th day of March, 2009.

_____
Stephen M. McNamee
United States District Judge