**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FIVE FIREARMS AND NUMEROUS ) <br> FIREARM PARTS AND ) <br> AMMUNITION, ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV 07-0516-PHX-SMM <br><br> **ORDER** |

Pursuant to the United States' Motion to Stay the civil forfeiture proceeding in this matter (Doc. 32), and there being no objection by the claimant,

The Court finds that there is good cause for granting the stay requested by the United States pursuant to 18 U.S.C. § 981(g)(1) as civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation and/or to prosecute a related criminal matter. Furthermore, the Government is attempting to negotiate a pre-indictment settlement that has the potential to resolve this civil forfeiture proceeding as well.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Stay (Doc. 32) is **GRANTED** for a period of 90 days from the date of entry of this Order.

DATED this 21st day of December, 2009.

_____
Stephen M. McNamee
United States District Judge